UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ENRICO DEL CORTO, JR,

                    Plaintiff,                    Civil No. 3:25−cv−00918−SB

    COMMISSIONER OF SOCIAL
    SECURITY,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Order Awarding Attorney's Fees Pursuant
to the Equal Access to Justice Act, 28
U.S.C. § 2412(d)

Before the Court is the Motion of Plaintiff, Enrico Del Corto, Jr., for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant who has indicated no opposition to this Motion, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

**IT IS HEREBY ORDERED** that attorney fees and expenses in the total amount of Five Thousand Seven Hundred Dollars ($5,700.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The Court hereby awards EAJA fees, broken down as follows:

Plaintiff is awarded fees for 23.8 hours of attorney work performed in 2025 and 2026 , and 1.4 hours of paralegal work performed in 2025 and 2026 for a total of settled fees of $5,700.00 under 28 U.S.C. § 2412(d);

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Maren Miller Barn, by electronic funds transfer (EFT) or by check mailed to the following address:

Salus Disability, LLC
723 The Parkway
Richland, WA, 99352

So ordered.

Date: June 29, 2026

_____
Stacie F. Beckerman
United States Magistrate Judge

[Order proffer: Maren Miller Bam; copy to Defendant]